IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSE ALAN WALKER,

    Plaintiff,

v.        CASE NO. 4:24cv289-RH-MAF

TIMOTHY NOLES,
KARLENE MARCHANT,
and ROBERT GOULD,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIM FOR A DECLARATORY JUDGMENT AND OTHERWISE DENYING THE MOTIONS TO DISMISS

The defendants have filed two motions to dismiss. The motions are before the court on the magistrate judge's report and recommendation, ECF No. 62, and the defendants' objections, ECF No. 68. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly resolves the exhaustion issue—the only issue raised by the objections. The report and recommendation also correctly resolves the declaratory-judgment issue. The report and recommendation correctly concludes that whether the plaintiff ultimately will be entitled to recover punitive

damages should not—and indeed cannot—be determined at this time. It bears noting, though, that under the current law of the circuit, 18 U.S.C. § 3626 does not categorically prohibit a prisoner from recovering punitive damages in a case of this kind. *See Dicks v. Bearden*, No. 4:24-cv-495-RH-MAF (N.D. Fla. Sept. 18, 2025) (collecting authorities including *Johnson v. Breeden*, 280 F.3d 1308, 1325 (11th Cir. 2002), *abrogated on other grounds by Kingsley v. Hendrickson*, 576 U.S. 389, 395 (2015)).

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion in relevant part.

2. The motions to dismiss, ECF Nos. 29 and 38, are granted in part and denied in part.

3. The claim for a declaratory judgment is dismissed. The other claims are not dismissed.

4. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

5. The defendants must file their answers within 14 days.

6. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 18, 2025.

                                                s/Robert L. Hinkle
                                              United States District Judge